UNITED STATES DISTRICT COURT
*EAstern*   DISTRICT OF NEW YORK

Keu, Anthony Colambus Smith

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

VangiE DE La Rosa - administor

matthew Gerson   owner

1/2 W34 St

New York City

10120-0101

Gerson + Gerson company

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

CV 12 - 5588

**ORIGINAL**

**COMPLAINT**

Jury Trial:  ☐ Yes    ☐ No
(check one)

AMON, CH.J.

RECEIVED
NOV 13 2012
PRO SE OFFICE

## I.     Parties in this complaint:

A.     List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff     Name   Anthony Columbus Smith
Street Address   408 BAin Bridge St
County, City   BRooklyn. N.Y. 11233
State & Zip Code   New York.   11233
Telephone Number   347- 405- 5077

B.     List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 05/2010*

**Defendant No. 1**   Name _Vangie DE La Rosa - Administor_
Street Address _112 W34 St_
County, City _New York City_
State & Zip Code _N.Y. 10120-0101_
Telephone Number _____ _N.C.S._

**Defendant No. 2**   Name _MR. ManThew GerSoN - owner_
Street Address _112 W34 St_
County, City _New York City_
State & Zip Code _N.Y. 10120-0101_
Telephone Number _____ _A.C.S_

**Defendant No. 3**   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

**Defendant No. 4**   Name _____
Street Address _____
County, City _____
State & Zip Code _____
Telephone Number _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____
_____

*Rev. 05/2010*

III.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.   You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur?   _Gerson + Gerson_
_112 W34 St   New York city._

B.   What date and approximate time did the events giving rise to your claim(s) occur?   _____
_It happen In   March-19-10_
_MR. MArthew Gerson, Sign the Form In font of me!._

C.   Facts:   _MR. Columbus Smith pass- my Father_
_so cat I call Gerson + Gerson. I spoke with the_
_Administrator who Name is "vangie De La Rosa_
_she say to me that my HALF sister call._
_the sob try to get my Father 401K plan. I said_
_o.k. ms. DE La Rosa- told me to come in her_
_office with my Father "Death certicicate" so_
_that she can File the Forms. I Anthony_
_Smith went to her office, she said to_
_me that I WAS the Beneficiary of my Father_
_plan. so it. I gave her my Father "Death cer_
_I do not know what happen- she told_
_my lawyer that she gave the Money to BenHester_
_crimes she use my Father Death cer that I_
_gave her that not for my HALF sister not my Father_
_chibl_

[Boxes on left margin:]
What happened to you?
Who did what?
Was anyone else involved?
Who else saw what happened?

IV.   **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   _none_
_____
_____
_____
_____
_____

.V.   **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like the Court to Find out why ms. De La Rose gave my Father Death cert to some one who He has not spoke with sent "Death" Benflester Graig move out of Mr. Columbus Smith Home. Year's ago, my Father change all his paper work to me I took care of him. up until his Death. He did not speak Benflester Craig or ms De La Rosa, or with Matthew. Because Mr. Smith was not getting his check at one time, Mr. Smith, sent me to Find out what happen. the company Gerson & Gerson change 401k plan to, also He retired from them. ms. De La Rose gave me new Form for him to File I gave them to my Father He File I gave them back.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 13 day of Nou, 20 12

Signature of Plaintiff    MR. Anthony Columbus Smith

Mailing Address    468 Bair Bridge St

Brooklyn. N.Y. 11233

Telephone Number    347-405-5077.

Fax Number (*if you have one*) _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*

# Distribution Request Form

## 1. General Information

Company Name: _Gerson & Gerson_

Plan Name: _Gerson & Gerson Inc. 401k Plan_

Participant's Name: _Columbus Smith_

Address: _408 Bain Bridge Street_

City, State, Zip: _____

Marital Status:  [ ] Married  [✓] Single

Social Security #: _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_  Date of Birth: _9-23-1933_  Last Day Worked: _May 4, 2007_

## 2. Reason for Distribution

Date of Event: _____

[ ] Termination of Employment

[ ] Qualified Domestic Relations Order

[✓] Normal Retirement Age

[ ] In-Service / Hardship[1]

[ ] Required Minimum (over age 70 ½)

[ ] Death

[ ] Disability

[ ] Return of Excess:

[ ] Current Year
[ ] Prior Year _2005_ (Enter Year)

$_____ Amt. of Excess

$_____ Amt. of Earnings

**Beneficiary Information (if applicable)**

Name: _Anthony C. Smith - Son_

Address: _408 Bain Bridge St_

City, State, Zip: _Brooklyn N.Y._

Phone Number: _347-405-5077_

Date of Birth: _10-24-59_

Social Security #: _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_

To be completed by Plan Administrator

Date of Hire: _____  Years of Service: _____

Vested Percentage: _____%

[1] A completed INSERVICE WITHDRAWAL REQUEST FORM must accompany any request for an In-service or hardship distribution

## 3. Payment Instructions

A. ~~~~~~~~  I elect to have _____ % or $ _____ of my vested account in the Plan paid directly to me, less 20% Federal Income Tax withholding.  (Note: Taxes will not be withheld for amounts under $200.00

*If the distribution is made payable to a Beneficiary or recipient of QDRO, please provide Payee's Social Security Number:

___ ___ ___ - ___ ___ - ___ ___ ___ ___

B. [ ] **Direct Rollover:**  I elect to have _____ % or $ _____ of my vested account in the Plan directly transferred to the following IRA or Plan:

Name of IRA or Employer Plan:_____

Make Check Payable to:_____

Mail Check to:_____

Address:_____

(Note:  Provide address of financial institution or new employer to where rollover distribution check should be mailed.)

IRA Account Number (if available):_____

C.  [  ]  <u>Installments</u>: I elect to have  $ *1,000*  distributed from my account on a [✓] monthly [  ] quarterly [  ] annual basis

Send my distribution to:

[✓] My address of record.
[  ] To my bank checking account (ACH)
[  ] To my bank savings account (ACH)

Bank Name _____

Bank Address _____

ABA Routing Number _____

Account Registration Name _____

Account Number _____

Note:  If a portion of your account is attributable to Roth Contributions and you have special payment instructions related to this portion, please complete the "Addendum - Special Payment Instructions for Roth Portion of Account" section of the Distribution Request Form.

| 4. | Waiver of Waiting Period |
|---|---|

You must receive the "Special Tax Notice" at least 30 days (but not more than 90 days) prior to receiving your distribution; however, you may waive the 30-day waiting period if you wish to have your benefit paid earlier.  Please check the applicable box below:

[✓] I wish to waive the 30-day waiting period.

☐  I do <u>not</u> wish to waive the 30-day waiting period.

| 5. | Signatures |
|---|---|

I have read and understand the attached "Special Tax Notice".  I hereby request payment from the Plan designated above in the manner indicated. I certify that all information provided by me is true and accurate, and I agree to submit additional information if requested by the Plan Administrator (Employer), Financial Institution or any Plan Fiduciary. I have not received any tax advice from the Plan Administrator and all decisions regarding this Plan distribution are my own.  I understand that there may be a processing fee associated with this request and that I can contact the Employer/Plan Administrator for this information.

_____   _____     _____
Participant (or Beneficiary) Signature         Date              Print Name    COLUMBUSSMITH

_____   3/19/10       _____
Employer/Plan Administrator Signature         Date              Print Name    MATHEW GIBSON

_____   _____     _____
Third Party Plan Administrator – Review and Signature    Date    Print Name

## Addendum – Special Payment Instructions for Roth Portion of Account

A portion of my account is attributable to Roth Contributions. Payment instructions for the non-Roth portion of my account were provided in Section 3 of the Distribution Request Form. What follows are my payment instructions for the Roth portion of my account:

A. [ ] Single Cash Payment:   I elect to have ____% or $_____ of the post-tax (Roth) portion of my account paid directly to me, less
   20%                          Federal Income Tax withholding.  (Note:  Taxes will not be withheld for amounts under $200.00).

B. [ ] Direct Rollover:        I elect to have ____% or $_____ of the post-tax (Roth) portion of my account transferred to the
   following Roth              IRA or plan:

   Name of Roth IRA or Employer Plan:_____

   Make Check Payable to:_____

   Mail Check to:_____

   Address:_____

   _____
   (Note:  Provide address of financial institution or new employer to where rollover distribution check should be mailed.)

   IRA Account Number (if available):_____